IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MIGUEL ANGEL GARCIA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIV-19-448-F |
| CORRECTIONS CORPORATION OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

The following deadline is established in this matter:

    June 21, 2019    -    Dispositive Motion(s).

IT IS SO ORDERED this  21st  day of   May, 2019.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE