IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MIGUEL ANGEL GARCIA, )
 )
      Plaintiff, )
 )
v. ) CIV-19-448-F
 )
CORRECTIONS CORPORATION )
OF AMERICA, )
 )
      Defendant. )

ENTER ORDER:

     Plaintiff's "Application For Extension of Time" (Doc. #34) is GRANTED in part and DENIED in part in that Plaintiff is granted an extension of time of 45 days until   September 6, 2019, to file his response to the Motion to Dismiss filed June 27, 2019.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

                              CARMELITA REEDER SHINN, Clerk

                              By: /s/ Carrie Sims

Dated:  July 23, 2019
Copies to parties of record