# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL ANGEL GARCIA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-19-448-F |
| CORRECTIONS CORPORATION OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell has issued a Report and Recommendation, recommending that plaintiff, Miguel Angel Garcia's application for a writ of habeas corpus ad prosequendum and ad testificandum, construed and analyzed as a request for preliminary injunction, be denied. In the Report and Recommendation, Magistrate Judge Purcell advised plaintiff of his right to object to the recommended ruling by August 26, 2019 and that failure to timely object would waive appellate review of that ruling.

Plaintiff has neither objected nor sought an extension of time to object to the recommended ruling. With no objection being filed within the time prescribed by Magistrate Judge Purcell, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Gary M. Purcell on August 6, 2019 (doc. no. 37) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Plaintiff, Miguel Angel Garcia's application for a writ of habeas corpus ad prosequendum and ad testificandum, construed and analyzed as a request for preliminary injunction (doc. no. 36), is **DENIED**.

IT IS SO ORDERED this 10th day of September, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0448p002.docx