IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL ANGEL GARCIA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-19-448-F |
| CORRECTIONS CORPORATION OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell has issued a Supplemental Report and Recommendation, recommending that the court grant the motion for summary judgment filed by defendant, CoreCivic, Inc., f/k/a Corrections Corporation of America. Magistrate Judge Purcell advised the parties of their respective right to file an objection to the Supplemental Report and Recommendation by October 24, 2019 and further advised that failure to file a timely objection waives appellate review of the recommending ruling.

Neither party has objected or sought an extension of time to object to the Supplemental Report and Recommendation. As no objection has been filed within the time specified by Magistrate Judge Purcell, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation issued by Magistrate Judge Gary M. Purcell on October 4, 2019 (doc. no. 43) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Defendant CoreCivic's Motion for Summary

Judgment filed June 27, 2019 (doc. no. 32) is **GRANTED**. Judgment shall issue forthwith.

IT IS SO ORDERED this 12th day of November, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0448p003.docx