# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL ANGEL GARCIA, | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | )   Case No. CIV-19-448-F<br>) |
| CORRECTIONS CORPORATION<br>OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

## JUDGMENT

This matter came before the court upon the motion for summary judgment filed by defendant, CoreCivic, Inc., f/k/a Corrections Corporation of America, and the issues having been duly considered and a decision having been duly rendered in favor of defendant,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant, CoreCivic, Inc., f/k/a Corrections Corporation of America, and against plaintiff, Miguel Angel Garcia, on plaintiff's *pro se* complaint.

DATED at Oklahoma City, Oklahoma, this 12th day of November, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0448p004.docx